LAWRENCE SEGAL, ATTORNEY AT LAW
LAWRENCE SEGAL [BAR NO. 101339]
TRACY NEAL-LOPEZ [BAR NO. 225367]
9595 Wilshire Boulevard, Suite 201
Beverly Hills, California 90212-2504
Telephone: (310) 550-4840
Facsimile: (310) 550-4848

Attorney for Defendant Maro Chermayeff

FILED
CLERK, U.S. DISTRICT COURT
JUN 19 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MITCHELL BLOCK ON BEHALF OF CARRIER PROJECT, INC., AS A DERIVATIVE ACTION,

Plaintiff,

v.

MARO CHERMAYEFF, CARRIER PROJECT, INC., a nominal defendant, and DOES 1 THROUGH 30, inclusive.

Defendants.

CASE NO.: CV09-01046 FMC (Ex)

**ORDER ON STIPULATION FOR ENTRY OF PROTECTIVE ORDER**

1

**ORDER ON STIPULATION FOR ENTRY OF PROTECTIVE ORDER**

1  By stipulation and agreement of the parties, and for good cause shown, the
2  terms set forth in the Stipulation for Protective Order filed by the parties on June
3  18, 2009 is hereby accepted and deemed an ORDER of this Court.

4
5
6  DATED: 6/19, 2009

*[signature]*
~~JUDGE, FLORENCE MARIE COOPER~~
UNITED STATES MAgistrate Judge

---

2
**ORDER ON STIPULATION FOR ENTRY OF PROTECTIVE ORDER**